IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3076 |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| AARON S. WEST, | ) | |
| | ) | |
| Defendant. | ) | MEMORANDUM AND ORDER |
| | ) | |

    A hearing was held before me August 2, 2007 on allegations made in the petition for action on conditions of pretrial release. The defendant was present with counsel, and was advised of his rights. The defendant admitted the allegations in the petition. I therefore find that the allegations of the petition are true.

    Regarding disposition, the government requested detention, and the defendant requested he be released on the same or similar conditions as those presently in effect. I conclude that the defendant should be released on additional conditions, with no tolerance for stress, forgetfulness, attitude, or any other excuse. Accordingly,

    IT THEREFORE HEREBY IS ORDERED:

    1. The previous order releasing the defendant on conditions, filing 10, is amended as follows:

        The defendant shall not leave Lancaster County, Nebraska without the prior approval of the pretrial services officer or the court.

        The defendant shall obtain full-time, verifiable employment within ten days.

        The defendant shall participate in good faith in a program of outpatient substance abuse treatment as directed by the pretrial services officer, including authorizing release of confidential information to the pretrial services officer.

Treatment will be at defendant's expense of $20.00 per treatment session on a schedule arranged and agreed upon by First Step Recovery & Wellness Center.

DATED August 2, 2007

BY THE COURT:

s/ *David L. Piester*
United States Magistrate Judge

2