IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ARRON WEST, ) <br> ) <br> Defendant. ) | Case No. 4:07CR3076 |

### ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Revocation Hearing, filing 61, now set for December 11, 2008, at 12:30 p.m. until a date certain in approximately 60 days. The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until the 12th day of February, 2009, at 1:00 p.m. The defendant is ordered to appear at such time.

Dated this 9th day of December, 2008.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge