IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
| Plaintiff,      ) | |
| v.      ) | Case No. 4:07CR3076 |
| ARRON WEST,      ) | |
| Defendant.      ) | |

### ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Revocation Hearing, filing 75, now set for April 17, 2009, at 1:00 p.m. until a date certain in approximately 60 days. The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until the 16th day of June, 2009, at 12:30 p.m. The defendant is ordered to appear at such time.

Dated this 6th day of April, 2009.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge