IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | Case No. 4:07CR3076 |
| ARRON WEST, | ) ) ) | |
| Defendant. | ) ) | |

### ORDER

THIS MATTER comes before the Court on defendant's Motion to Continue the Supervised Release Disposition Hearing, filing 77, now set for June 16, 2009, at 12:30 p.m. until a date certain in approximately 60 days. The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the disposition hearing scheduled in this case shall be continued until the 12th day of August, 2009, at 1:00 p.m. The defendant is ordered to appear at such time.

Dated this 15th day of June, 2009.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge