IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:07CR3076 |
| ) | |
| ARRON WEST, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

THIS MATTER comes before the Court on defendant's Motion to Continue the Supervised Release Disposition Hearing, filing 79, now set for August 12, 2009, at 1:00 p.m. until a date certain in approximately 60 to 90 days. The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the disposition hearing scheduled in this case shall be continued until the 5th day of November, at 1:00 p.m. The defendant is ordered to appear at such time.

Dated August 10, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge