IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3076 |
| | ) | |
| V. | ) | |
| | ) | |
| ARRON S. WEST, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

　　　IT IS ORDERED that the petition for offender under supervision (filings 49 and 65) are dismissed without prejudice. The November 5, 2009 revocation hearing is canceled.

　　　DATED this 4th day of November, 2009.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　*Richard G. Kopf*
　　　　　　　　　　　　　　　　United States District Judge